COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Alston, Decker and Senior Judge Coleman

DANIEL H. ROSE

v.      Record No. 1999-13-2

MARTEN TRANSPORT, LTD. AND
  PRAETORIAN INSURANCE COMPANY

MEMORANDUM OPINION*
PER CURIAM
FEBRUARY 4, 2014

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Stephen T. Harper; Reinhardt/Harper/Davis, PLC , on brief), for
appellant.

(S. Vernon Priddy III; Michael L. Goff, Jr.; Two Rivers Law Group,
P.C., on brief), for appellees.


Daniel H. Rose appeals a decision of the Workers' Compensation Commission finding

Rose did not suffer a compensable injury by accident. Rose argues the commission erred in

holding the accident was not compensable because it was not an actual risk that arose out of his

employment with Marten Transport, Ltd.

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Rose v. Marten Transport, Ltd., JCN VA02000009391 (Oct. 7, 2013). We

dispense with oral argument and summarily affirm because the facts and legal contentions are

adequately presented in the materials before the Court and argument would not aid the decisional

process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____
* Pursuant to Code § 17.1-413, this opinion is not designated for publication.